1  JACK W. LEE, Esq. (SBN 071626)
   JOHN OTA, Esq. (SBN 195532)
2  MINAMI, LEW & TAMAKI LLP
   360 Post Street, 8th Floor
3  San Francisco, CA 94108
   (415)788-9000
4

5  Attorneys for Plaintiff
   GEORGE MILLER, Jr.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                                    *E-FILED - 7/7/05*
10
   GEORGE MILLER, Jr.,           )   Civil Action No. C 03-0777 RMW
11                               )
            Plaintiff,           )   STIPULATION AND ORDER
12                               )   CHANGING HEARING DATE FOR
        v.                       )   PLAINTIFF'S MOTION FOR AWARD OF
13                               )   REASONABLE ATTORNEYS' FEES
   VICORP RESTAURANTS, INC.      )
14                               )
            Defendant.           )
15                               )
                                 )
16 _____)

17       On June 17, 2005, plaintiff George Miller, Jr. filed his Motion for Award of Reasonable

18 Attorneys' Fees, with the hearing date set for August 12, 2005.

19       Counsel for the parties have consulted regarding their need and desire for additional time

20 to file the Opposition and Reply briefs for this motion due to the complexity of the issues and the

21 need to have one or more consultants assist in reviewing the fee request.

22       Therefore, subject to the Court's approval, the parties through their attorneys of record

23 stipulate to a new hearing date of September 2, 2005, 9:00 a.m., with the Opposition brief due no

24 //

25 //

26 //

27 //

28 //

- 1 -

1 later than July 29, 2005 and the Reply brief due no later than August 19, 2005, and respectfully
2 request that the Court issue an order accordingly.

                                            MINAMI, LEW & TAMAKI LLP

Dated: July 5, 2005                              /s/
                                            JOHN OTA
                                            Attorneys for Plaintiff

                                            LAW OFFICES OF DAVID R. SIDRAN

Dated: July 5, 2005                              /s/
                                            DAVID R. SIDRAN
                                            Attorneys for Defendant.

## **ORDER**

Having reviewed the above stipulation of counsel for both parties in this action and finding good cause therefor, IT IS ORDERED that the hearing date for plaintiff's Motion for Award of Reasonable Attorneys' Fees be changed to September 2, 2005, 9:00 a..m., with the Opposition brief to be filed and served no later than July 29, 2005, and the Reply brief to be filed and served no later than August 19, 2005.

Date: __July 7__, 2005:

                                         /s/ Ronald M. Whyte
                                         HONORABLE RONALD M. WHYTE
                                         United States District Judge