1  JACK W. LEE, Esq. (SBN 071626)
   JOHN OTA, Esq. (SBN 195532)
2  MINAMI, LEW & TAMAKI LLP
   360 Post Street, 8th Floor
3  San Francisco, CA 94108
   (415)788-9000
4

5  Attorneys for Plaintiff
   GEORGE MILLER, Jr.
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        *E-FILED - 8/4/05*
10

   GEORGE MILLER, Jr.,            )      Civil Action No. C 03-0777 RMW
11                                )
              Plaintiff,          )      REVISED STIPULATION AND
12                                )      ORDER CHANGING HEARING
         v.                       )      DATE FOR PLAINTIFF'S MOTION
13                                )      FOR AWARD OF REASONABLE
   VICORP RESTAURANTS, INC.       )      ATTORNEYS' FEES
14                                )
              Defendant.          )
15                                )
                                  )
16  _____)

17         On June 17, 2005, plaintiff George Miller, Jr. filed his Motion for Award of Reasonable

18  Attorneys' Fees, with the hearing date set for August 12, 2005.

19         Counsel for the parties have consulted regarding their need and desire for additional time

20  to file the Opposition and Reply briefs for this motion due to the complexity of the issues and the

21  need to have one or more consultants assist in reviewing the fee request.

22         Therefore, subject to the Court's approval, the parties through their attorneys of record

23  stipulate to a new hearing date of **September 9**, 2005, 9:00 a.m.,with the Opposition brief due no

24  //

25  //

26  //

27  //

28  //

                                        - 1 -

1   later than July 29, 2005 and the Reply brief due no later than August 19, 2005, and respectfully

2   request that the Court issue an order accordingly.

3                                                    MINAMI, LEW & TAMAKI LLP

4

5   Dated: July 5, 2005                          _____/s/_____
                                                 JOHN OTA
6                                                Attorneys for Plaintiff

7                                                    LAW OFFICES OF DAVID R. SIDRRAN

8

9
    Dated: July 5, 2005                          _____/s/_____
10                                               DAVID R. SIDRAN
                                                 Attorneys for Defendant.
11

12                                         **ORDER**

13          Having reviewed the above stipulation of counsel for both parties in this action and

14  finding good cause therefor, IT IS ORDERED that the hearing date for plaintiff's Motion for

15  Award of Reasonable Attorneys' Fees be changed from August 12 to September 9, 2005, 9:00

16  a..m., with the Opposition brief to be filed and served no later than July 29, 2005, and the Reply

17  brief to be filed and served no later than August 19, 2005.

18  Date: 8/4_____, 2005:

19
                                        /S/ RONALD M. WHYTE
20                                      _____
                                        HONORABLE RONALD M. WHYTE
21                                      United States District Judge

22

23

24

25

26

27

28